UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEREMY MARTIN HAAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>F. BOWERS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 25-13627-BEM |

**ORDER**

**MURPHY, J.**

Plaintiff Jeremy Martin Haar, a prisoner in custody at FMC Devens and proceeding *pro se*, initiated this action on December 1, 2025, by filing a complaint. Dkt. 1. On January 27, 2026, Haar was advised that in order to proceed, he must either pay the filing fee or seek leave to proceed without prepayment of the filing fee. Dkt. 3. Because he is a prisoner, he was advised that any motion for waiver of prepayment of the filing fee must be accompanied by a copy of his prison account statement. *Id.* Haar was ordered to,, within 21 days, either pay the fee or file an application to proceed in forma pauperis with a copy of his prison account statement. *Id.*

On February 20, 2026, this action was dismissed without any response from Haar. Dkt. 5. Now before the Court is Haar's Application to Proceed in District Court without Prepaying Fees or Costs. Dkt. 7. Haar's filing in this now closed case does not provide a basis for reopening this action. The Court notes that Haar's application is not accompanied by a copy of his prison account statement.

If Haar wishes to proceed with this action, he must file, within 28 days of the date of this Order, a motion to reopen accompanied by a copy of his prison account statement.

**So Ordered.**

Dated: February 26, 2026

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court